# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PIERRE DUMAS,**

          **Plaintiff,**

**-vs-**                                  **Case No.  6:05-cv-692-Orl-28JGG**

**DIRECT GENERAL INSURANCE
COMPANY,**

          **Defendant.**
_____

## ORDER

      This case is before the Court on Defendant Direct General Insurance Company's Motion to Dismiss Compliant with Prejudice (Doc. No. 4, filed in the 9th Judicial Circuit Court, Orange County, Florida, on January 26, 2005, and removed to this Court on May 6, 2005). Plaintiff has not timely filed a response to Defendant's Motion.  The Court **GRANTS** in part and **DENIES** in part Defendant's Motion to Dismiss Complaint with Prejudice.  Defendant's Motion to Dismiss is **GRANTED**, and Plaintiff's Complaint is **DISMISSED without prejudice**. Plaintiff may file an Amended Complaint on or before June 17, 2005.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida this 26th day of May, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record

Unrepresented Party